

ORDERED in the Southern District of Florida on March 17, 2015.

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

RICHARD DEAN SZUREK,        Case no. 14-31139-BKC-LMI

    Debtor.        /        Chapter 13

### ORDER DISMISSING CHAPTER 13 CASE

**THIS CAUSE** came before the Court on the Agreed Order on Hartford Accident and Indemnity Company's Motion to Dismiss Chapter 13 Case (DE 53). The Agreed Order provided debtor until March 3, 2015 to convert this case to one under Chapter 11 of the Bankruptcy Code. Debtor has not converted this case. Upon consideration of the Agreed Order and the record, it is

    **ORDERED** that:

    1. That the debtor(s) Chapter 13 case is hereby dismissed

with prejudice to the debtor filing any bankruptcy proceedings for a period of six (6) months from the date of this order.

    2.   That any funds remaining in the possession of the Standing Chapter 13 Trustee, either in a pre-confirmation or post-confirmation account, shall be utilized by the Chapter 13 Trustee to be applied to the payment of any outstanding filing fees or other costs due to the Clerk of Court with respect to the subject Chapter 13 proceeding. The Trustee is hereby authorized to disburse such funds, less all applicable Trustee's fees and costs on each such disbursement. If the Trustee does not have sufficient funds available to pay the balance due in full on behalf of the Debtor(s), the Debtor(s) shall forthwith pay directly to the Clerk of the U.S. Bankruptcy Court any amount due and owing on said filing fees or other costs, as required by Local Rule 1017-2 (E).

    3.   The clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the re-filing violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing and Administrative Fees in Installments and filing fees remain due from any previous case filed by the debtor.

    4.   That all pending motions be, and the same are hereby, denied as moot.

###

Copies furnished via ECF to:

Gerard M. Kouri, Jr., Esq., counsel for Hartford
Nancy K. Neidich, Trustee
James A. Poe, Esq., attorney for debtor

Attorney Kouri is directed to mail a conformed copy of this

2

Order to Richard Dean Szurek, debtor, immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.