UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    Case No. 14-31139-LMI

RICHARD DEAN SZUREK

Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Nancy K. Neidich, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/22/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 03/17/2015.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,384.45 |
| Less amount refunded to debtor | $1,761.99 |

**NET RECEIPTS:** $622.46

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $604.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $18.46 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $622.46

Attorney fees paid and disclosed by debtor:    $2,896.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 2NDWINDEQIP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ACTION FENCE | Unsecured | 2,063.50 | NA | NA | 0.00 | 0.00 |
| ADVANCE SHORING | Unsecured | 313.29 | NA | NA | 0.00 | 0.00 |
| ADVANCED CONCRETE SAWING | Unsecured | 3,377.50 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN STRUCTURAL METLAS | Unsecured | 1,930.00 | NA | NA | 0.00 | 0.00 |
| ANDERSON LAND | Unsecured | 9,262.00 | NA | NA | 0.00 | 0.00 |
| API GARAGE DOOR STORE | Unsecured | 14,781.80 | NA | NA | 0.00 | 0.00 |
| ATLAS FOUNDATION | Unsecured | 16,490.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ROOFING | Unsecured | 28,143.75 | NA | NA | 0.00 | 0.00 |
| ATOMIC ARCH SHEET METAL | Unsecured | 38,929.20 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BARTLEY SALES CO | Unsecured | 602.46 | NA | NA | 0.00 | 0.00 |
| BAUERNFEIND & GOEGTEL | Unsecured | 10,336.97 | NA | NA | 0.00 | 0.00 |
| BEAR CLAW CONSTRUCTION | Unsecured | 12,301.77 | NA | NA | 0.00 | 0.00 |
| BEFORT ROOFING & SIDING | Unsecured | 13,872.00 | NA | NA | 0.00 | 0.00 |
| BLOOMINGTON ELECTRIC CO | Unsecured | 67,900.00 | NA | NA | 0.00 | 0.00 |
| BRETH-ZENZEN FIRE PROTECTION | Unsecured | 8,665.02 | NA | NA | 0.00 | 0.00 |
| BUILDING MATERIAL SUPPLY | Unsecured | 16,728.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAP ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAP ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAP1 | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAP1 | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CLEAR SPAN FABRIC STRUCTURES | Unsecured | 11,585.20 | NA | NA | 0.00 | 0.00 |
| COMMERICAL COLOR | Unsecured | 8,258.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| CONSTRUCTION CLEANING SERVICE | Unsecured | 11,891.25 | NA | NA | 0.00 | 0.00 |
| COUNTY MATERIALS CORP | Unsecured | 4,624.30 | NA | NA | 0.00 | 0.00 |
| CRAWFORD DOOR SALES | Unsecured | 1,975.10 | NA | NA | 0.00 | 0.00 |
| CROSSTOWN MASONRY | Unsecured | 48,311.65 | NA | NA | 0.00 | 0.00 |
| CULINEX | Unsecured | 1,097.40 | NA | NA | 0.00 | 0.00 |
| CURB TO CURB | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| DAVIS CONTRACTING | Unsecured | 1,935.00 | NA | NA | 0.00 | 0.00 |
| DISTINCTIVE CABINET DESIGN | Unsecured | 68,092.00 | NA | NA | 0.00 | 0.00 |
| DL SYSTEMS | Unsecured | 27,395.00 | NA | NA | 0.00 | 0.00 |
| DM WNNER CO | Unsecured | 569.63 | NA | NA | 0.00 | 0.00 |
| DMC PLUMBING & HEATING | Unsecured | 53,840.81 | NA | NA | 0.00 | 0.00 |
| DMJ ASPHALT | Unsecured | 30,272.40 | NA | NA | 0.00 | 0.00 |
| DULUTH STEEL FABRICATORS | Unsecured | 40,619.00 | NA | NA | 0.00 | 0.00 |
| EXPRESS FIRE PROTECTION SVC | Unsecured | 6,857.43 | NA | NA | 0.00 | 0.00 |
| FLR SANDERS | Unsecured | 2,845.70 | NA | NA | 0.00 | 0.00 |
| FOURTH DIMENSION | Unsecured | 1,513.00 | NA | NA | 0.00 | 0.00 |
| FRASER CONSTRUCTION | Unsecured | 63,202.06 | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GORHAM OIEN | Unsecured | 160,522.73 | NA | NA | 0.00 | 0.00 |
| GREAT NORTHEN LANDSCAPES | Unsecured | 3,646.99 | NA | NA | 0.00 | 0.00 |
| GRESSER | Unsecured | 103,070.54 | NA | NA | 0.00 | 0.00 |
| H&B SPECIALIZED PROCUCTS | Unsecured | 3,186.23 | NA | NA | 0.00 | 0.00 |
| HANSON SILO CO | Unsecured | 17,893.40 | NA | NA | 0.00 | 0.00 |
| HANSON STRUCTURAL PRECAST | Unsecured | 28,898.69 | NA | NA | 0.00 | 0.00 |
| HARTFORD ACCIDENT & INDEMNITY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HELMIN LANDSCAPING | Unsecured | 6,899.30 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HUFCOR MN | Unsecured | 4,874.20 | NA | NA | 0.00 | 0.00 |
| INDUSTRIAL CONSTRUCTION SPEC | Unsecured | 12,837.75 | NA | NA | 0.00 | 0.00 |
| J THOMPSON & ASSOC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| KAMISH EXCAVATION | Unsecured | 15,086.40 | NA | NA | 0.00 | 0.00 |
| KEYSTONE CAULKING | Unsecured | 1,167.00 | NA | NA | 0.00 | 0.00 |
| KMH ERECTORS | Unsecured | 20,261.70 | NA | NA | 0.00 | 0.00 |
| KOMITT CONCRETE | Unsecured | 8,388.70 | NA | NA | 0.00 | 0.00 |
| KRAMER DAVIS | Unsecured | 5,681.11 | NA | NA | 0.00 | 0.00 |
| KRAMER DAVIS | Unsecured | 3,475.00 | NA | NA | 0.00 | 0.00 |
| KURTII CONSTRUCTION | Unsecured | 2,197.70 | NA | NA | 0.00 | 0.00 |
| M&P ENGINEERING SURVEYING PLA | Unsecured | 916.88 | NA | NA | 0.00 | 0.00 |
| M&P ENGINEERING SURVEYING PLA | Unsecured | 2,223.05 | NA | NA | 0.00 | 0.00 |
| MASTER FLOORS | Unsecured | 7,880.95 | NA | NA | 0.00 | 0.00 |
| MB FINANCIAL BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MIDWEST FENCE | Unsecured | 20,020.00 | NA | NA | 0.00 | 0.00 |
| MINNKOTA ARCHITECTURAL PRODU | Unsecured | 21,873.30 | NA | NA | 0.00 | 0.00 |
| MN SPRAY FOAM INSULATION | Unsecured | 1,723.83 | NA | NA | 0.00 | 0.00 |
| MODERN WINDOW SHADE | Unsecured | 119.50 | NA | NA | 0.00 | 0.00 |
| MOLIN CONCRETE PRODUCTS | Unsecured | 594.92 | NA | NA | 0.00 | 0.00 |
| MORRIS BUILDERS | Unsecured | 19,065.18 | NA | NA | 0.00 | 0.00 |
| MULTIPLE CONCEPTS INTERIORS | Unsecured | 16,140.40 | NA | NA | 0.00 | 0.00 |
| NMAC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NORTH COUNTRY CONCRETE | Unsecured | 944.54 | NA | NA | 0.00 | 0.00 |
| NORTHERN GLASS & GLAZING | Unsecured | 20,689.50 | NA | NA | 0.00 | 0.00 |
| NORTHLAND MECH CONTRACTORS | Unsecured | 13,314.94 | NA | NA | 0.00 | 0.00 |
| NORTHLAND PAVING | Unsecured | 41,291.41 | NA | NA | 0.00 | 0.00 |
| NOVA FROST | Unsecured | 5,950.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| O.NEILL ENGINEER SYSTEMS | Unsecured | 7,105.00 | NA | NA | 0.00 | 0.00 |
| O'DAY EQUIPMENT | Unsecured | 131,411.11 | NA | NA | 0.00 | 0.00 |
| OFFISOURCE | Unsecured | 1,340.00 | NA | NA | 0.00 | 0.00 |
| O'MALLY CONSTRUCTION | Unsecured | 3,253.75 | NA | NA | 0.00 | 0.00 |
| OVERHEAD DOOR CO OF THE NLAN | Unsecured | 25,878.60 | NA | NA | 0.00 | 0.00 |
| PALMER SODERBERG | Unsecured | 2,918.30 | NA | NA | 0.00 | 0.00 |
| PHASOR ELECTRIC | Unsecured | 44,472.61 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE HANDLING | Unsecured | 383.07 | NA | NA | 0.00 | 0.00 |
| PROTECTIVE BARRIER SYSTEMS | Unsecured | 3,088.38 | NA | NA | 0.00 | 0.00 |
| QUALITY CUTTING & CORING | Unsecured | 2,248.10 | NA | NA | 0.00 | 0.00 |
| QUALITY OVERHEAD DOORS | Unsecured | 654.00 | NA | NA | 0.00 | 0.00 |
| RED CEDAR STEEL ERECTORS | Unsecured | 25,559.60 | NA | NA | 0.00 | 0.00 |
| RHR3 | Unsecured | 21,726.50 | NA | NA | 0.00 | 0.00 |
| SA JORDAN | Unsecured | 47,389.30 | NA | NA | 0.00 | 0.00 |
| SA JORDAN | Unsecured | 13,415.00 | NA | NA | 0.00 | 0.00 |
| SCHAMMEL ELECTRIC | Unsecured | 53,522.35 | NA | NA | 0.00 | 0.00 |
| SCHOOL SPECIALITY | Unsecured | 4,749.15 | NA | NA | 0.00 | 0.00 |
| SENTRA SORTA SHEETMETAL | Unsecured | 120,966.56 | NA | NA | 0.00 | 0.00 |
| SERVICE FIRE PROTECTION | Unsecured | 4,865.20 | NA | NA | 0.00 | 0.00 |
| SIGNATION SIGN GROUP | Unsecured | 362.80 | NA | NA | 0.00 | 0.00 |
| ST CLOUD SPRINKLER CO | Unsecured | 982.00 | NA | NA | 0.00 | 0.00 |
| STADIUM STEVE SNYDER | Unsecured | 2,546.00 | NA | NA | 0.00 | 0.00 |
| STARTING LINE FLOOR COATINGS | Unsecured | 721.50 | NA | NA | 0.00 | 0.00 |
| STARTING LINE FLOOR COATINGS | Unsecured | 4,854.50 | NA | NA | 0.00 | 0.00 |
| STRATEGIC EQUIPMENT | Unsecured | 12,883.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR CONTRACTORS | Unsecured | 12,883.80 | NA | NA | 0.00 | 0.00 |
| SUPERIOR PAINTING & DECORATING | Unsecured | 5,906.30 | NA | NA | 0.00 | 0.00 |
| SYNCB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SYNCB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TD RCS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TD RCS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| THD DESIGN | Unsecured | 855.40 | NA | NA | 0.00 | 0.00 |
| THE CAULKERS CO | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| THE CENTRE STAGE MFG CO | Unsecured | 11,415.00 | NA | NA | 0.00 | 0.00 |
| THE LOCKER GUY | Unsecured | 2,971.40 | NA | NA | 0.00 | 0.00 |
| THERMA SPRAY | Unsecured | 2,477.10 | NA | NA | 0.00 | 0.00 |
| THIEMANN CONSTRUCTION | Unsecured | 81,995.75 | NA | NA | 0.00 | 0.00 |
| TOP LITE CONTRACT GLAZING | Unsecured | 33,685.20 | NA | NA | 0.00 | 0.00 |
| TOP LTE CONTRACT GLAZING | Unsecured | 13,800.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA FINANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TOYOTA FINANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TWIN CITY ACCOUSTICS | Unsecured | 111.63 | NA | NA | 0.00 | 0.00 |
| TWIN CITY ACCOUSTICS | Unsecured | 9,503.12 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WATERPROOFING BY EXPERTS | Unsecured | 2,697.50 | NA | NA | 0.00 | 0.00 |
| WELLS CONCRETE PRODUCTS | Unsecured | 57,167.71 | NA | NA | 0.00 | 0.00 |
| WELLS CONCRETE PRODUCTS | Unsecured | 96,900.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 2,701.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HM MORTGAGE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WFFNAT BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WILLIAM M HEINZ & SONS | Unsecured | 691.80 | NA | NA | 0.00 | 0.00 |
| WISSOTA SUPPLY | Unsecured | 2,362.97 | NA | NA | 0.00 | 0.00 |
| WTG TERRAZO & TILE | Unsecured | 13,849.44 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $622.46 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$622.46** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/21/2016          By: /s/ Nancy K. Neidich
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**